

Exhibit B

CONFIDENTIAL WILANSKY_0001669