# NDResponse

(http://www.ndresponse.gov/)

## State Requests Additional Resources to Support Law Enforcement Efforts

Date: October 7, 2016

Agency: Morton County or NDDES

Contact: Morton County PIO (701) 426-1587 or NDDES PIO (701) 391-8158

Bismarck, ND – At the request of Morton County, the State of North Dakota today is asking for additional law enforcement resources from the State of Wisconsin to support the Morton County Sheriff's Department in its response to the Dakota Access Pipeline protests.

Morton County Sheriff Kyle Kirchmeier requested these additional resources from the North Dakota Department of Emergency Services through the Emergency Management Assistance Compact (EMAC). The request was approved by Governor Jack Dalrymple. The additional officers will support local and state law enforcement that have been engaged in this effort for nearly two months.

"We are grateful to the State of Wisconsin for providing additional law enforcement officers to support Morton County's response to the Dakota Access Pipeline protests," said Dalrymple. "These additional resources will make it possible for local and state law enforcement to sustain ongoing response efforts and address public safety needs across the county."

The EMAC request approved by the State of Wisconsin will provide up to 40 sworn sheriffs' deputies from Dane County, Wisconsin and the surrounding region to support Morton County. These officers will provide assistance for up to 21 day rotations. Officers responding bring extensive experience to the challenges Morton County is currently facing.

"I am grateful for Dane County Sheriff David Mahoney's willingness to assist Morton County," said Kirchmeier. "Dane County's experience with large-scale demonstrations will allow for their seamless integration with our current mission of ensuring the safety and security in Morton County. The additional deputies will provide the manpower needed to respond to multiple protest locations. This ultimately enhances our ability to provide a consistently strong law enforcement presence for all the people of Morton County."

EXHIBIT E

The EMAC, in association with the National Emergency Management Association (NEMA), is a national interstate mutual aid compact that facilitates the sharing of resources, personnel and equipment across state lines during times of emergencies or disasters.

Copyright © 2017

Disclaimer (http://www.nd.gov/content.htm?id=Disclaimer)

| Privacy Policy (http://www.nd.gov/content.htm?id=Privacy)

| Adobe Reader (https://get.adobe.com/reader/) | About NDResponse (/about) | Contact (/contact)

 (/contact)  (https://www.facebook.com/NDResponse/)  (https://twitter.com/ndresponse)