Return to:
FREDRIKSON & BYRON PA
1133 COLLEGE DRIVE SUITE 1000
BISMARCK ND 58501

County Recorder 475115
Morton County
Mandan ND 58554
Page 1 of 12

# CORRECTIVE WARRANTY DEED

**This Corrective Warranty Deed is executed and delivered for the sole purpose of correcting certain portions of the reservation clause of that Warranty Deed dated September 20, 2016, recorded as Document No. 473564 on September 22, 2016 in the Office of the County Recorder, Morton County, North Dakota.**

**THIS INDENTURE**, made this 20th day of September, 2016, between DAVID A. MEYER AND BRENDA K. MEYER, as husband and wife, with an address of 3285 67th Street, Flasher, North Dakota 58535, GRANTOR, whether one or more, and DAKOTA ACCESS, LLC, A DELAWARE LIMITED LIABILITY COMPANY, GRANTEE, whether one or more, whose post office address is 1300 Main Street, Houston, Texas 77002.

**WITNESSETH**, for and in consideration of the sum of One Hundred Dollars ($100.00) GRANTOR does hereby grant to the GRANTEE all of the following real property lying and being in the County of Morton, State of North Dakota, and described as follows, to-wit:

See **Exhibit A** attached hereto (the "Real Property").

Subject to and excepting therefrom all the oil, gas and gravel in and under and that may be produced from the Real Property, together with the right of ingress and egress into and therefrom, for the purpose of exploring for, developing, removing, storing, handling, transporting and marketing the same; provided such ingress and egress does not interfere with GRANTEE's intended use of the Real Property including, without limitation, GRANTEE's pipeline. Additionally, GRANTOR shall compensate GRANTEE for any and all damages to the real and personal property owned by GRANTEE incurred as a result of GRANTOR's exercise of any of rights hereunder, including without limitation, gravel mining operations conducted on the Real Property subsequent to the Closing Date. Notwithstanding any provision in this Warranty Deed to the contrary, GRANTOR's exercise of any rights under this reservation, including, without limitation, the mining of surface or subsurface gravel, within one thousand five hundred and twenty five (1,525) feet of either side of the centerline of the pipeline (to be constructed and installed on the Real Property) or within one thousand and five hundred (1,500) feet of either side of GRANTEE's pipeline corridor easement are strictly prohibited. The production, exploration or removal of any minerals not currently under production, exploration or removal operations as of September 1, 2016 are strictly prohibited until all construction activities are concluded on the Real Property associated with the Dakota Access Pipeline.



EXHIBIT G

And the GRANTOR for himself, his heirs, executors and administrators, does covenant with the GRANTEE that he is well seized in fee of the land and premises aforesaid and has good right to sell and convey the same in manner and form aforesaid; that the same are free from all encumbrances, except installments of special assessments or assessments for special improvements which have not been certified to the County Auditor for collection, easements, declarations, covenants, reservations, conditions, restrictions and assessment agreements of record; and the above granted lands and premises in the quiet and peaceable possession of said GRANTEE, against all persons lawfully claiming or to claim the whole or any part thereof, the said GRANTOR will warrant and defend and the above granted lands and premises in the quiet and peaceable possession of the grantee, against all persons lawfully claiming or to claim the whole or any part thereof, the grantor will warrant and defend.

**WITNESS**, The hand of the GRANTOR:

_____
David A. Meyer

_____
Brenda K. Meyer

STATE OF NORTH DAKOTA )
                      ) ss.
COUNTY OF BURLEIGH    )

On this 14th day of December, 2016, before me personally appeared David A. Meyer known to me to be the person described in, and who executed the within and foregoing instrument, and severally acknowledged that they executed the same.

SHAWN GRINOLDS
Notary Public
State of North Dakota
My Commission Expires June 24, 2020

Notary Public
My Commission Expires:

STATE OF NORTH DAKOTA )
                      ) ss.
COUNTY OF BURLEIGH    )

On this 14th day of December, 2016, before me personally appeared Brenda K. Meyer known to me to be the person described in, and who executed the within and foregoing instrument, and severally acknowledged that they executed the same.

SHAWN GRINOLDS
Notary Public
State of North Dakota
My Commission Expires June 24, 2020

Notary Public
My Commission Expires:

I certify that the requirement for report of statement of full consideration paid does not apply because this deed is for one of the transactions exempted by NDCC § 11-18-02.2(7)(h).

Dated: 12-14-16

_____
LAWRENCE BENDER
Agent for GRANTEE
Fredrikson & Byron, P.A.
1133 College Drive, Suite 1000
Bismarck, ND 58501

TAX STATEMENTS SHOULD BE SENT TO:
DAKOTA ACCESS, LLC
1300 Main Street
Houston, Texas 77002

# EXHIBIT "A"

# LEGAL DESCRIPTION

## Parcel 1

<u>Township 134 North, Range 79 West, Morton County, North Dakota</u>
Section 05: All 02-0007000
Section 06: Lots 1 through 5, SE¼NW¼, S½NE¼, NE¼SE¼
02-0008000   02-0009000

## Parcel 2

<u>Township 134 North, Range 80 West, Morton County, North Dakota</u>
Section 01: Lots 1 through 4, S½NW¼, S½NE¼, SW¼, W½SE¼
03-0001000   03-0002000   03-0003000

## Parcel 3   03-0005000   03-0006000

<u>Township 135 North, Range 79 West, Morton County, North Dakota</u>
Section 28: Lot A in the SW¼   08-0133000
Section 29: S½   08-0134000   08-0135000   08-0136000
Section 31: SE¼, S½NE¼, SE¼NW¼, E½SW¼, Lots 3 & 4   08-0145000
Section 32: NE¼, SE¼, SW¼   08-0150000   08-0152000   08-0146000
Section 33: Lot A in the NW¼, Lot A in the SW¼
08-0155200   08-0153000   08-0148000

## Parcel 4

The West 330 feet of Government Lot Five (5); the West 1,485 feet of Government Lot Six (6); the South 330 feet of the West 165 feet of Government Lot Seven (7) and parts of Government Lot Nine (9) beginning at the Southwest corner of Government Lot Nine (9), thence East 1,155 feet, thence North parallel to the West line of said lot a distance of 330.0 feet, thence West parallel with the South line for a distance of 495.0 feet, thence Northwesterly to a point being 660.0 feet North and 330.0 feet East of the Southwest corner, thence Northeasterly to a point 990.0 feet North and 660 feet East of the Southwest corner, thence East to a point 990 feet North and 1,155 feet East of the Southwest corner, thence North parallel to the West line of said Lot, a distance of 330 feet to the North line of said Lot 9, thence West along the North line of said lot 1,155 feet to the Northwest corner thereof, thence South along the West line thereof 1,320 feet to the point of beginning. (Being approximately 24.7 acres, more or less); the Northwest Quarter of the Northeast Quarter of the Southwest Quarter of the Northwest Quarter (NW¼NE¼SW¼NW¼) bounded on the North and West sides and a line extending from the Southwest corner to the Northeast corner thereof, being 1.25 acres; the Southwest Quarter of the Northeast Quarter of the Southwest Quarter of the Northwest Quarter (SW¼NE¼SW¼NW¼) bounded on the West and South sides and a line extending from

the Southeast corner to the Northwest corner thereof, being 1.25 acres; the West Half of the Southwest Quarter of the Northwest Quarter (W½SW¼NW¼); the Southwest Quarter of the Southwest Quarter (SW¼SW¼); the Northeast Quarter of the Southeast Quarter of the Southwest Quarter of the Northwest Quarter (NE¼SE¼SW¼NW¼) bounded by the West and South sides and a line extending from the Northwest corner to the Southeast corner, 1.25 acres; the West Half of the Southeast Quarter of the Southwest Quarter of the Northwest Quarter (W½SE¼SW¼NW¼) and the Southeast Quarter of the Southeast Quarter of the Southwest Quarter of the Northwest Quarter (SE¼SE¼SW¼NW¼) of Section Three (3), Township One Hundred Thirty-four (134) North, Range Seventy-nine (79) West of the Fifth Principal Meridian in Morton County, North Dakota

02-0001000

## Parcel 5

Government Lots One (1) and Two (2), South Half of the Northeast Quarter (S½NE¼) and Southeast Quarter (SE¼) of Section Four (4), Township One Hundred Thirty-four (134) North, Range Seventy-nine (79) West of the Fifth Principal Meridian, Morton County, North Dakota    02-0003000
AND
Government Lots Three (3) and Four (4) and the S½NW¼ of Section 4, Township 134 North, Range 79 West of the Fifth Principal Meridian, Morton County, North Dakota LESS a tract of land more fully described as follows: Beginning at the NW corner of the NW¼ of Section 4, thence running 208 feet and 8½ inches South, thence running 208 feet and 8½ inches East, thence running 208 feet and 8½ inches North, Thence 208 feet and 8½ inches West to Point of Beginning, all in Township 134 North, Range 79 West of the 5th P.M., Morton County, North Dakota    02-0004000
AND
SW¼ of Section Four (4), Township One Hundred Thirty-four (134) North, Range Seventy-nine (79) West of the Fifth Principal Meridian, Morton County, North Dakota

02-0006000

## Parcel 6

SE¼SE¼ of Section Six (6), Township One Hundred Thirty-four (134) North, Range Seventy-nine (79) West of the Fifth Principal Meridian, Morton County, North Dakota

02-0008000

## Parcel 7

Southeast Quarter of the Northeast Quarter (SE¼NE¼), South Half of the Southeast Quarter (S½SE¼), Southeast Quarter of the Southwest Quarter (SE¼SW¼) and Northeast Quarter of the Southeast Quarter (NE¼SE¼) of Section Seven (7) Township One Hundred Thirty-four (134) North, Range Seventy-nine (79) West of the Fifth Principal Meridian, Morton County, North Dakota.
AND    02-0013000    02-0015000    02-0015260

Northeast Quarter of the Northeast Quarter (NE¼NE¼) of Section Seven (7), Township One Hundred Thirty-four (134) North, Range Seventy-nine (79) West of the Fifth Principal Meridian, Morton County, North Dakota  02-0013250

## Parcel 8   02-0017000   02-0019000   02-0017200

The West Half (W½), Tract A in the Northeast Quarter (NE¼), and Tracts A and B in the Southeast Quarter SE¼), of Section Eight (8), Township One Hundred Thirty-four (134) North, Range Seventy-nine (79) West of the Fifth Principal Meridian, Morton County, North Dakota   02-0018200   02-0018300

## Parcel 9

All of the Northeast Quarter (NE¼) lying East of Highway 1806, and All of the Southeast Quarter (SE¼) lying East of Highway 1806 except the South Half of the Southeast Quarter of the Southeast Quarter of the Southeast Quarter of the Southeast Quarter (S½SE¼SE¼SE¼SE¼) of Section Eight (8), Township One Hundred Thirty-four (134) North, Range Seventy-nine (79) West of the Fifth Principal Meridian, Morton County, North Dakota   02-0017300   02-0018000

## Parcel 10   02-0020000   02-0021000

North Half (N½) of Section Nine (9), Township One Hundred Thirty-four (134) North, Range Seventy-nine (79) West of the Fifth Principal Meridian, Morton County, North Dakota and the North Half of the Southwest Quarter (N½SW¼); the North Half of the South Half of the Southwest Quarter (N½S½SW¼); the West Half of the Southwest Quarter of the Southwest Quarter of the Southwest Quarter (W½SW¼SW¼SW¼); the Northeast Quarter of the Southwest Quarter of the Southwest Quarter of the Southwest Quarter (NE¼SW¼SW¼SW¼); Part of the Southeast Quarter of the Southwest Quarter of the Southwest Quarter of the Southwest Quarter (SE¼SW¼SW¼SW¼) bounded by the North and West sides and a line from the Southwest to the Northeast corner; the Northeast Quarter of the Southeast Quarter of the Southwest Quarter of the Southwest Quarter (NE¼SE¼SW¼SW¼), the North Half of the Southwest Quarter of the Southeast Quarter of the Southwest Quarter (N½SW¼SE¼SW¼); the North Half of the Southeast Quarter of the Southeast Quarter of the Southwest Quarter (N½SE¼SE¼SW¼); and Part of the Southeast Quarter of the Southeast Quarter of the Southeast Quarter of the Southwest Quarter (SE¼SE¼SE¼SW¼) bounded on the North and East sides and a line from the Southeast to the Northwest corners; the Northwest Quarter of the Southeast Quarter (NW¼SE¼); North Half of the Southwest Quarter of the Southeast Quarter (N½SW¼SE¼); the North Half of the Southwest Quarter of the Southwest Quarter of the Southeast Quarter (N½SW¼SW¼SE¼), the Southwest Quarter of the Southwest Quarter of the Southwest Quarter of the Southeast Quarter (SW¼SW¼SW¼SE¼); Part of the Southeast Quarter of the Southwest Quarter of the Southwest Quarter of the Southeast

Quarter (SE¼SW¼SW¼SE¼) bounded by the North and West sides and a line Northeast to the Southwest corners; Part of the Northwest Quarter of the Southeast Quarter of the Southwest Quarter of the Southeast Quarter (NW¼SE¼SW¼SE¼) bounded by the North and West sides and a line Northeast to the Southwest corners; the North Half of the Northwest Quarter of the Southeast Quarter of the Southeast Quarter (N½NW¼SE¼SE¼); the West Half of the Northwest Quarter of the Northeast Quarter of the Southeast Quarter of the Southeast Quarter (W½NW¼NE¼SE¼SE¼); the West Half of the Northeast Quarter of the Southeast Quarter (W½NE¼SE¼); the West Half of the Southwest Quarter of the Southeast Quarter of the Northeast Quarter of the Southeast Quarter (W½SW¼SE¼NE¼SE¼); the Northwest Quarter of the Southeast Quarter of the Northeast Quarter of the Southeast Quarter (NW¼SE¼NE¼SE¼); the West Half of the Northeast Quarter of the Southeast Quarter of the Northeast Quarter of the Southeast Quarter (W½NE¼SE¼NE¼SE¼); the Northeast Quarter of the Northeast Quarter of the Southeast Quarter (NE¼NE¼SE¼) of Section Nine (9), Township One Hundred Thirty-four (134) North, Range Seventy-nine (79) West of the Fifth Principal Meridian, Morton County, North Dakota

**Parcel 11**

Part of Government Lot Four (4) beginning at the Northwest corner of said Lot Four (4), thence South along the West line of Lot Four (4) to a point 330 feet North of the Southwest corner, thence East parallel with the South line of Lot Four (4) a distance of 330 feet, thence South parallel with the West line 165 feet, thence East parallel with the South line 660 feet, thence North parallel with the West line 495 feet, thence Northwesterly to a point that is 990 feet North and 660 East of the Southwest corner of Lot Four (4), thence North parallel to the West line to a point on the North line of said Lot Four (4) that is 660 feet East of the Northwest corner thereof, thence West on the North line 660 feet to the point of beginning; Part of Government Lot Five (5) beginning at the Southwest corner of Lot Five (5), thence North 495 feet thence East 660 feet, thence South 495 feet to the South line of said Lot thence West 660 feet to point of beginning; the West 1,155 feet of the North Half (N½) of Government Lot Six (6) and the West 1,320 feet of the South Half (S½) of Lot Six (6); Part of Government Lot Seven (7) beginning at the Northwest corner, thence South along the West line to the Southwest corner, thence East on the South line 990 feet, thence North parallel with the West line 660 feet, thence Northwesterly to a point 330 feet South and 330 feet East of the Northwest corner, thence North 330 feet to the North line of said Lot, thence West on the North line 330 feet to the point of beginning; the North Half of the Northeast Quarter of the Southwest Quarter (N½NE¼SW¼); the Southeast Quarter of the Northeast Quarter of the Southwest Quarter (SE¼NE¼SW¼); the North Half of the Northeast Quarter of the Southeast Quarter of the Southwest Quarter (N½NE¼SE¼SW¼); the North Half of the South Half of the Northeast Quarter of the Southeast Quarter of the Southwest Quarter (N½S½NE¼SE¼SW¼); Part of the Northeast Quarter of the Northwest Quarter of the Southeast Quarter of the Southwest Quarter (NE¼NW¼SE¼SW¼) bounded by the

- 4 -

North and East sides and a line from the Northwest to the Southeast corners; East Half of the Southwest Quarter of the Northeast Quarter of the Southwest Quarter (E½SW¼NE¼SW¼); the Northwest Quarter of the Southwest Quarter of the Northeast Quarter of the Southwest Quarter (NW¼SW¼NE¼SW¼); the Northeast Quarter of the Northwest Quarter of the Southwest Quarter (NE¼NW¼SW¼); the East Half of the Northwest Quarter of the of the Northwest Quarter of the Southwest Quarter (E½NW¼NW¼SW¼); the Northwest Quarter of the Northwest Quarter of the Northwest Quarter of the Southwest Quarter (NW¼NW¼NW¼SW¼); the North Half of the Southwest Quarter of the Northwest Quarter of the Northwest Quarter of the Southwest Quarter (N½SW¼NW¼NW¼SW¼); the North Half of the Southeast Quarter of the Northwest Quarter of the Southwest Quarter (N½SE¼NW¼SW¼); the Northeast Quarter of the Southwest Quarter of the Northwest Quarter of the Southwest Quarter (NE¼SW¼NW¼SW¼); the North Half of the Southeast Quarter of the Southwest Quarter of the Northwest Quarter of the Southwest Quarter (N½SE¼SW¼NW¼SW¼); the North Half of the Southwest Quarter of the Southeast Quarter of the Northwest Quarter of the Southwest Quarter (N½SW¼SE¼NW¼SW¼); and the West Half of the Northwest Quarter (W½NW¼) of Section Ten (10), Township One Hundred Thirty-four (134) North, Range Seventy-nine (79) West of the Fifth Principal Meridian, Morton County, North Dakota   02-0022000

**Parcel 12**
                02-0028000
The South Half of the Southwest Quarter of the Northeast Quarter (S½SW¼NE¼); the Southwest Quarter of the Northwest Quarter of the Southwest Quarter of the Northeast Quarter (SW¼NW¼SW¼NE¼); that part of the Southeast Quarter of the Northwest Quarter of the Southwest Quarter of the Northeast Quarter (SE¼NW¼SW¼NE¼) bounded by the South and West sides and line diagonal from the Northwest to the Southeast corner all in Section Seventeen (17), Township One Hundred Thirty-four (134) North, Range Seventy-nine (79) West of the Fifth Principal Meridian, Morton County, North Dakota
AND              02-0030000
West Half (W½) and the Northwest Quarter of the Northeast Quarter (NW¼NE¼) LESS the North Half of the Northeast Quarter of the Northeast Quarter of the Southeast Quarter of the Northwest Quarter (N½NE¼NE¼SE¼NW¼) and LESS the Northwest Quarter of the Northeast Quarter of the Southeast Quarter of the Northwest Quarter (NW¼NE¼SE¼NW¼) and LESS the Northeast Quarter of the Southwest Quarter of the Northeast Quarter (NE¼SW¼NE¼) and LESS the North Half of the Northwest Quarter of the Southwest Quarter of the Northeast Quarter (N½NW¼SW¼NE¼) and LESS the Southeast Quarter of the Northwest Quarter of the Southwest Quarter of the Northeast Quarter (SE¼NW¼SW¼NE¼) bounded on the North and East sides and a line extending from the Southeast corner to the Northwest corner thereof, being 1.25 acres all of Section Seventeen (17), Township One Hundred Thirty-four (134) North, Range Seventy-nine (79) West of the Fifth Principal Meridian, Morton County, North Dakota

## Parcel 13    02-0028000    02-0028200

Northwest Quarter of the Southeast Quarter (NW¼SE¼, that part of the West Half of the Northwest Quarter of the Northeast Quarter of the Southeast Quarter (W½NW¼NE¼SE¼) bounded by the North and West sides thereof and a line diagonal from the Northeast to the Southwest corner, North Half of the Northeast Quarter of the Southwest Quarter of the Southeast Quarter (N½NE¼SW¼SE¼), that part of the South Half of the Northeast Quarter of the Southwest Quarter of the Southeast Quarter (S½NE¼SW¼SE¼) bounded by the North and West sides and a line diagonal from the Northeast to the Southwest corner, Northwest Quarter of the Southwest Quarter of the Southeast Quarter (NW¼SW¼SE¼), and that part of the Southwest Quarter of the Southwest Quarter of the Southeast Quarter (SW¼SW¼SE¼) bounded by the North and West sides thereof and a diagonal line from the Northeast to the Southwest corner, all in Section Seventeen (17), Township One Hundred Thirty-four (134) North, Range Seventy-nine (79) West of the Fifth Principal Meridian, Morton County, North Dakota, LESS any portion of this Parcel 13 lying east of Highway 1806 which was previously taken by the United States of America.

## Parcel 14    02-0031000    02-0032000

Government Lot Four (4), Southeast Quarter of the Southwest Quarter (SE¼SW¼) and Northwest Quarter (NW¼) of Section Eighteen (18), Township One Hundred Thirty-four (134) North, Range Seventy-nine (79) West of the Fifth Principal Meridian, Morton County, North Dakota
AND
The East Half (E½) of Section Eighteen (18), Township One Hundred Thirty-four (134) North, Range Seventy-nine (79) West of the Fifth Principal Meridian, Morton County, North Dakota
AND
Northeast Quarter of the Southwest Quarter (NE¼SW) and Government Lot Three (3) of Section Eighteen (18) Township One Hundred Thirty-four (134) North, Range Seventy-nine (79) West of the Fifth Principal Meridian, Morton County, North Dakota

## Parcel 15    02-0034000

That part of Government Lot One (1) beginning at the Northwest corner thereof, thence East to the Northeast corner thereof, thence South to the Southeast corner thereof, thence West to a point 660 feet East of the southwest corner thereof, thence Northwesterly to the West line of said lot to a point 330 feet North of the Southwesterly corner thereof, thence North along the West line to the point of beginning; the Northeast Quarter of the Northwest Quarter (NE¼NW¼); that part of Government Lot Two (2) beginning at the Northeast corner thereof, thence West along the North line 660 feet, thence Southeasterly

to a point on the East line of said Lot 660 feet South of the Northeast corner, thence
North along the East line to point of beginning; that part of Government Lot Three (3)
beginning at the Southeast corner thereof, thence West along the South line 660 feet,
thence Northwesterly to a point along the West line 990 feet South of the Northwest
corner, thence North along the West line of the Northwest corner, thence East on the
North line to the Northeast corner, thence South on the East line to the point of
beginning. That part of Government Lot Seven (7) beginning at the Northeast corner of
said Lot, thence Southwesterly to a point on the South line of said Lot 330 feet East of
the southwest corner thereof, thence West 330 feet to the Southwest corner, thence North
along the West line to the Northwest corner, thence East along the North line to the point
of beginning; the Northwest Quarter of the Northeast Quarter (NW¼NE¼); that part of
Government Lot Eight (8) beginning at the Northwest corner of said Lot, thence East
along the North line to the Northeast corner, thence South on the East line 330 feet,
thence Southwesterly to a point beginning 1,320 feet South and 330 feet East of the
Northwest corner of said Lot, thence West to a point along the West line 1,320 feet South
of the Northwest corner, thence North on the West line to point of beginning, Section
Nineteen (19), Township One Hundred Thirty-four (134) North, Range Seventy-nine (79)
West of the Fifth Principal Meridian, Morton County, North Dakota

### Parcel 16   02-0038000

That part of Government Lot One (1) of Section Twenty (20) described as beginning at
the Northwest corner of said Section Twenty (20) thence East 660 feet, thence South 165
feet, thence West 330 feet, thence South 165 feet, thence West 330 feet to the West line
of the Section, thence North 330 feet to the point of beginning, all in Section Twenty
(20), Township One Hundred Thirty-four (134) North, Range Seventy-nine (79) West of
the Fifth Principal Meridian, Morton County, North Dakota

### Parcel 17   08-0129000   08-0128000

That part of the Southwest Quarter (SW¼) lying East of Highway 1806 LESS Lot A in
the SW/4 and the South Half of the Southeast Quarter (S½SE¼) of Section Twenty-eight
(28), Township One Hundred Thirty-five (135) North, Range Seventy-nine (79) West of
the Fifth Principal Meridian in Morton County, North Dakota

### Parcel 18   08-0154000   08-0156000

Northeast Quarter (NE¼), North Half of the Southeast Quarter (N½SE¼) and Southwest
Quarter of the Southeast Quarter (SW¼SE¼) of Section Thirty-three (33), LESS the East
Half of the Northeast Quarter of the Southeast Quarter of the Northeast Quarter of the
Southeast Quarter (E½NE¼SE¼NE¼SE¼) and LESS the East Half of the Southeast
Quarter of the Northeast Quarter of the Northeast Quarter of the Southeast Quarter

08-0157000    08-0155000

(E½SE¼NE¼NE¼SE¼), Township One Hundred Thirty-five (135) North, Range
Seventy-nine (79) West of the Fifth Principal Meridian, Morton County, North Dakota
and
That part of the West Half (W½) lying East of Highway 1806 LESS Lot A in the NW/4
and LESS Lot A in the SW/4 and Southeast Quarter of the Southeast Quarter (SE¼SE¼)
of Section Thirty-three (33), Township One Hundred Thirty-five (135) North, Range
Seventy-nine (79) West of the Fifth Principal Meridian in Morton County, North Dakota

### Parcel 19    08-0158000

The West Half of the Northwest Quarter of the Southwest Quarter of the Southwest
Quarter (W½NW¼SW¼SW¼); the South Half of the Southwest Quarter of the
Southwest Quarter of the Northwest Quarter of the Southwest Quarter
(S½SW¼SW¼NW¼SW¼); the North Half of the Northwest Quarter of the Northwest
Quarter of the Southwest Quarter (N½NW¼NW¼SW¼); the West Half of the Southeast
Quarter of the Southwest Quarter of the Southwest Quarter (W½SE¼SW¼SW¼); the
Southeast Quarter of the Northwest Quarter of the Southwest Quarter of the Southwest
Quarter (SE¼NW¼SW¼SW¼); the Southwest Quarter of the Southwest Quarter of the
Southwest Quarter (SW¼SW¼SW¼); the Northeast Quarter of the Northwest Quarter of
the Southwest Quarter (NE¼NW¼SW¼); the West Half of the West Half of the
Northwest Quarter of the Northeast Quarter of the Southwest Quarter
(W½W½NW¼NE¼SW¼); the Northeast Quarter of the Southeast Quarter of the
Northwest Quarter of the Southwest Quarter (NE¼SE¼NW¼SW¼) and the Southeast
Quarter (SE¼) of Section Thirty-four (34), Township One Hundred Thirty-five (135)
North, Range Seventy-nine (79) West of the Fifth Principal Meridian in Morton County,
North Dakota

### Parcel 20    03-0053000    03-0054000    03-0052000

The Northeast Quarter (NE¼) and the East Half of the Northwest Quarter (E½NW¼) of
Section Thirteen (13), Township One Hundred Thirty-four (134) North, Range Eighty
(80) West of the Fifth Principal Meridian in Morton County, North Dakota
AND
East Half of the Southeast Quarter (E½SE¼) of Section Thirteen (13), Township One
Hundred Thirty-four (134) North, Range Eighty (80) West of the Fifth Principal
Meridian, Morton County, North Dakota

03-0057000

The legal descriptions for the attached Warranty Deed were prepared by Lawrence Bender with the firm of Fredrikson & Byron, P.A. from descriptions obtained from previously recorded instruments.

Dated: 12-14-16

*[signature]*

LAWRENCE BENDER
Fredrikson & Byron, P.A.
1133 College Drive, Suite 1000
Bismarck, ND 58501

Auditor's Office, Morton Co., ND
Delinquent Taxes and Special Assessments
or Instruments of Special Assessments,
Paid and Transfer Accepted
12-21-2016
DAWN R. RHONE, County Auditor
By. *[signature]* Deputy

COUNTY RECORDER, MORTON COUNTY, ND        **475115**
I certify that this Instrument was filed and recorded.
Carrole Schaner, County Recorder   Fee $72.00
By *[signature]*  December 21, 2016 11:27:49

**475115**

County Recorder
Morton County
Mandan ND 58554

Page 12 of 12

*[Morton County Recorder seal: COUNTY OF MORTON 1881 NORTH DAKOTA]*