# NDDOT News Release

**ND Highway 1806 bridge and roadway remain closed north of Cannonball due to bridge damage**

The North Dakota Department of Transportation (NDDOT) and North Dakota Highway Patrol will keep ND Highway 1806 and the Backwater Bridge located on ND 1806 closed north of the Cannonball River until further notice. The highway bridge which travels over Cantapeta Creek north of Cannonball was damaged last night when protestors placed vehicles and other debris and set items on fire on the bridge.

The bridge is unsafe for anyone to cross and will remain closed until all damage to the structure is evaluated by bridge engineers. During the closure motorists need to use alternate routes.

North Dakota Department of Transportation    608 East Boulevard, Bismarck, ND 58505



EXHIBIT
H