# NDDOT News Release

October 31, 2016

## ND Highway 1806 bridge to remain closed north of Cannonball

The North Dakota Department of Transportation (NDDOT) and North Dakota Highway Patrol will keep the ND Highway 1806 bridge closed north of Cannonball until further notice. The highway bridge (often referred to as backwater bridge) travels over Cantapeta Creek north of Cannonball and will remain closed to traffic for the safety of the traveling public because the structural integrity of the bridge may be compromised due to protesters lighting vehicles on fire on the structure.

The bridge is unsafe for anyone to cross and will remain closed until all damage to the structure is evaluated by bridge engineers. The NDDOT is currently making arrangements for a bridge inspection but is unable to implement the process due to ongoing incidents in the area.

The NDDOT appreciates the public's patience with the process as it may take time to access, inspect, and make any necessary repairs to the bridge.

During the closure motorists need to use alternate routes.

North Dakota Department of Transportation     608 East Boulevard, Bismarck, ND 58505



EXHIBIT J