

**DEPARTMENT OF THE ARMY**
CORPS OF ENGINEERS, OMAHA DISTRICT
1616 CAPITOL AVENUE
OMAHA NE 68102-4901

District Commander

November 1, 2016

Morton County Sheriff Department
c/o Sheriff Kyle Kirchmeier
205 1st Avenue NW
Mandan, North Dakota 58554

Dear Sheriff Kirchmeier:

    In response to recent events in the vicinity of the confluence of the Cannonball River and Missouri River, it appears that isolated groups of people have moved to set up camp in areas north of the current encampment on the north bank of the Cannonball, called the Seven Councils (Oceti Sakowin) Camp by the Standing Rock Sioux Tribe and its supporters. On October 31st, as you may know, a group used some small boats to move up the North Branch of Cantapeta Creek, a tributary of the Cannonball River, to land and encamp upon United States Army Corps of Engineers' property north of the bridge. As you are aware, this area is the location where the Dakota Access Pipeline (DAPL) project has proposed to place the pipeline under the Missouri River via horizontal directional drilling (HDD).

    The Corps of Engineers has not provided any permits or permissions for anyone to access that area of the federal property that we manage. It is an area that has not been opened for use by the public for recreational or camping purposes. As such, the Corps of Engineers would consider these individuals to be trespassers. On behalf of the Corps of Engineers, as a property owner, I am requesting law enforcement assistance in this matter, as needed. Enclosed for your reference is a map depicting the area where your assistance is requested.

    Please note that the Corps of Engineers is not asking for any assistance at this time regarding the inhabitants of the camps south of the Cannonball River, called the Sacred Stone Camp and the Rosebud Camp, or at the Seven Councils Camp (Oceti Sakowin Camp). Thank you for your consideration of this request. I am available to discuss this further at your convenience.

                                      Sincerely,

                                      John W. Henderson
                                    Colonel, Corps of Engineers
                                    District Commander



EXHIBIT K



# Oahe Dam and Reservoir
## Law Enforcement Requested Areas

0   2,000   4,000   8,000 Feet



Date: 1-November-2016

Disclaimer: The Government furnishes this data and the recipient accepts and uses it with the express understanding that the United States Government makes no warranties, expressed or implied, concerning the accuracy, completeness, reliability, usability, or suitability for any particular purpose of the information and data furnished. The United States shall be under no liability whatsoever to any person by reason of any use made thereof. Data displayed on this map are approximations derived from GIS layers and should NOT be used in place of survey data or legal land descriptions.

### Legend
-  Bridge Location
-  Law Enforcement Presence Requested
-  USACE Project Boundary (Fee)
- Rosebud Camp
- Sacred Stone Camp
- Seven Councils Camp

(regis1):\re2\jesse\bob_incontro\Oahe\DAPL_Easement\
No_Tresspass_Area\Law_Enforcement_Required_Area.mxd