

# US Army Corps of Engineers
**BUILDING STRONG**

## U.S. Army Corps of Engineers grants Special Use Permit to Standing Rock Sioux Tribe

## Related Content

*Posted 9/16/2016*

Release no. 20160916-002

Related Link Title 33 of the United States Code, Section 408

Related Link Title 36 of the Code of Federal Regulations Part 327

**Contact**
Eileen Williamson
eileen.l.williamson@usace.army.mil

**OMAHA, NE.** — Today the U.S. Army Corps of Engineers (Corps) issued a Special Use Permit to the Standing Rock Sioux Tribe to use Federal lands managed by the Corps near Lake Oahe.

Omaha District Commander, Col. John W. Henderson, informed Standing Rock Sioux Tribal Chairman Dave Archambault II, that the Tribe's Spiritual gathering, located south of the Cannonball River, has been granted a Special Use Permit, which allows the Tribe to gather to engage in a lawful free speech demonstration on Federal lands designated in the permit.

The Tribe's Special Use Permit application requested use of lands to the north and south of the mouth of the Cannonball River; however, because the northern property is subject to an existing grazing lease, this portion of the application is not being acted on at this time.

The Special Use Permit allows the Tribe to use Federal lands subject to Federal rules and regulations including Title 36 of the Code of Federal Regulations Part 327, Title 33 of the United States Code, Section 408, and applicable Federal, state and local regulations. Per Title 36, several activities require written permission from the District Commander. Additional permission will be required for activities identified in Title 36 such as construction, either temporary or permanent, of any structures within areas identified in the Special Use Permit.

"Among our many diverse missions is managing and conserving our natural resources. I want to encourage those who are using the permitted area to be good stewards and help us to protect these valuable resources," said Henderson.

The purpose for requesting and granting a Special Use Permit under Title 36 is to provide applicants temporary use of federal lands for lawful purposes. In turn, the applicant assumes responsibility for maintenance, damage and restoration costs, ensures the health, welfare, safety, supervision, and security of participants and spectators, and provides liability insurance. This permit requires that the Standing Rock Sioux Tribe work with its supporters to ensure that the land is restored to its previous state so that others may benefit from use in the future.

"Thousands of people have peacefully gathered in prayer and solidarity against the Dakota Access Pipeline," said Dave Archambault II, Chairman of the Standing Rock Sioux Tribe. "We appreciate the cooperation of the Corps in protecting the First Amendment rights of all water protectors."

"The U.S. Army Corps of Engineers has a deep respect for the traditions, culture, and concerns of all Native American Tribes, and we are committed to strengthening our enduring partnership with the Standing Rock Sioux Tribe," said Henderson.

**EXHIBIT L**