

Tom Doering
Morton County
Emergency Manager

**MORTON COUNTY**
OFFICE OF
Emergency Management



210 2nd AVENUE N.W. ~ MANDAN, NORTH DAKOTA 58554 ~ PHONE (701) 667-3307

# EMERGENCY DECLARATION
# DAKOTA ACCESS PIPELINE
# CIVIL UNREST

August 15, 2016

**WHEREAS**, the Morton County Board of Commissioners recognizes that due to the civil unrest occurring at the location of the Dakota Access Pipeline construction site which will require extraordinary manpower and other resource expenditures; and

**WHEREAS**, the impact of civil unrest could threaten the health, well-being, and safety of responders and the public; and

**WHEREAS**, all available resources remain committed to protecting life and property; and

**WHEREAS**, the cost of response may be in excess of available budgeted resources; and

**NOW, THEREFORE, BE IT RESOLVED**, that the Morton County Board of Commissioners declares an Emergency and implements its emergency plans and processes in response to anticipated ongoing civil unrest.

DATED at Mandan, North Dakota this 15th day of August, 2016.

_____
Cody Schulz, Chairman
Morton County Commission

**EXHIBIT O**