*Sophia Wilansky v. Paul D. Bakke, et al.*

Civil No: 3:23-CV-00142

**Placeholder for Exhibit P**

**[Aerial Infrared Video]**