**INDEX OF AERIAL INFRARED VIDEO**

**WILANSKY v. PAUL D. BAKKE, et. al**, Civil No. 3:23-CV-00142

| | |
|---|---|
| Aircraft_nov20 | VIDEO: Aerial Infrared video of protest scene at Backwater Bridge on November 20, 2016 from 17:58:22 to 22:05:40 (military time). |

<u>Meter</u>

| | |
|---|---|
| 0:03:00 | Semi truck backing up to remaining burnt dump truck at barricade along with protesters behind Semi and shield wall; protesters climbing under and around burnt dump truck in attempt to attach to Semi. The same semi pulled another burnt dump truck away from barricade shortly before |
| 0:05:48 | Law enforcement successful in repelling initial assault on barricade as Semi moves south onto bridge |
| 0:06:50 | Small group of protesters cross onto north shore of Cantapeta Creek from Turtle Island to Turtle Hill and scale hill where law enforcement positioned with flood lights – site of prior large scale assaults by protesters. Protesters return to Turtle Island after being confronted by law enforcement located on top of hill |
| 0:20:37 | Protester numbers on bridge begin to swell and shield wall advances on law enforcement barricade |
| 0:21:29 | Very few law enforcement officers on the scene – greatly outnumbered by hostile protesters aggressively advancing on barricade |
| 0:22:56 | Brief camera image not in infrared (its dark out) |
| 0:24:28 | Protesters' shield wall reaches burnt dump truck and protesters hide behind and around burnt truck, which is chained to and a part of law enforcement's barricade |
| 0:25:54 | Law enforcement successful in repelling second assault on barricade as protesters retreat – law enforcement greatly outnumbered |
| 0:33:00 | Protesters with shield wall advance on law enforcement barricade for third assault – bridge full of protesters versus handful of law enforcement – this cycle repeats numerous times |
| 0:35:00 | Protesters crawling under and around burnt truck |
| 0:47:48 | Water deployed for first time; law enforcement greatly outnumbered, number of protesters continues to increase, refusing to back away |
| 0:40:30 | Protester crawling under burnt truck |
| 0:43:20 | Still very few law enforcement officers on scene |
| 0:45:00 | Brief camera image not in infrared |

1



| Time | Description |
|---|---|
| 0:54:50 | Water deployed – protesters choosing to remain in range of water; insufficient water force to knock anyone down or even push anyone back; limited range |
| 0:55:55 | Protester numbers continue to increase; some law enforcement reinforcements have arrived, but still overwhelmingly outnumbered.  Protesters extending into ditches on east and west side of Highway 1806 on north shore |
| 1:00:30 | Protesters directly up against law enforcement barricade |
| 1:09:00 | Law Enforcement still greatly outnumbered |
| 1:12:07 | Brief camera image not in infrared |
| 1:12:19 | Protester vehicles on the bridge amongst protesters near the burnt dump truck |
| 1:15:00 | Law enforcement repels bulk of third assault |
| 1:17:35 | Mobile field force line forming along barricade as protesters return again; law enforcement still overwhelmingly outnumbered |
| 1:32:30 | Protesters begin proceeding west, cross country, in attempt to flank law enforcement |
| 1:38:00 | Protester numbers swell on west flank; confronted by law enforcement |
| 1:41:50 | Protester throwing CS canister at law enforcement (this occurs numerous times throughout the riot:  note, other debris thrown at law enforcement will not appear in infrared video as no heat differential) |
| 1:49:12 | Protester surge on west flank |
| 1:59:37 | Protesters throwing CS canisters at law enforcement |
| 2:03:00 | Law enforcement still overwhelmingly outnumbered by protesters |
| 2:20:30 | Fires burning on high ground to the west of Bridge |
| 2:20:55 | Protester observed setting fire to west of Bridge on high ground |
| 2:59:40 | Protester throwing CS canister at law enforcement |
| 3:00:20 | Protester fired fireworks |
| 3:02:41 | Protesters start fire on east flank along north shore |
| 3:03:24 | Now a large bonfire on east flank along north shore |
| 3:27:25 | Humvees being positioned sideways along police line for cover |
| 3:47:50 | Close up image of burnt dump truck pulled away from barricade earlier in the day sitting along Highway 1806 south of bridge |
| 3:59:00 | Extinguishing bonfire on east flank |

| | |
|---|---|
| 4:02:52 | Protesters start another bonfire east of Highway 1806 on north shore out of range of fire hose |
| 4:11:05 | Non-infrared images |
| 4:15:34 | Protesters shielding bonfires on east flank with tarps |