UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| SOPHIA WILANSKY,<br><br>                          Plaintiff,<br><br>vs.<br><br>PAUL D. BAKKE, in his personal capacity; THOMAS M. GROSZ, in his personal capacity; MATTHEW J. HANSON, in his personal capacity; MICHAEL W. HINRICHS, in his personal capacity; TRAVIS A. NELSON, in his personal capacity; JOSHUA W. RODE, in his personal capacity; EVAN M. SAVAGEAU, in his personal capacity; TRAVIS M. SKAR, in his personal capacity; GLEN G. TERNES, in his personal capacity; JUSTIN W. WHITE, in his personal capacity; DEREK J. ARNDT, in his personal capacity; KYLE KIRCHMEIER, in his official capacity; and MORTON COUNTY, NORTH DAKOTA,<br><br>                          Defendants. | **MOTION TO DISMISS AMENDED COMPLAINT**<br><br>Case No. 3:23-cv-00142 |

State Defendants Paul Bakke, Michael Hinrichs, Travis Nelson, Joshua Rode, Evan Savageau, Travis Skar, and Derek Arndt, move this Court under Fed. R. Civ. P. 12(b)(6) for an order dismissing Plaintiff's claims against them as set forth in Plaintiff's Amended Complaint. This motion is made to assist the Court in securing "the just, speedy, and inexpensive determination" of this action. Fed. R. Civ. P. 1. This motion is supported by the attached memorandum and all documents on file with this Court, and is made on the grounds that the Complaint fails to state claims against the State Defendant and is barred by qualified immunity, as more fully set forth in the attached memorandum. State Defendants respectfully ask that this Court grant this motion and dismiss all claims against them.

Dated this 30th day of October, 2023.

                    State of North Dakota
                    Drew H. Wrigley
                    Attorney General

By:   /s/ Jane G. Sportiello
        Jane G. Sportiello
        Assistant Attorney General
        State Bar ID No. 08900
        Office of Attorney General
        500 North 9th Street
        Bismarck, ND 58501-4509
        Telephone (701) 328-3640
        Email jsportiello@nd.gov

Attorneys for State Defendants