Local AO 450 (rev. 1/23)

# United States District Court
## *District of North Dakota*

Sophia Wilansky,

    Plaintiff,

v.

Paul D. Bakke, in his personal capacity;
Thomas M. Grosz, in his personal capacity;
Matthew J. Hanson, in his personal capacity;
Michael W. Hinrichs, in his personal capacity;
Travis A. Nelson, in his personal capacity;
Joshua W. Rode, in his personal capacity;
Evan M. Savageau, in his personal capacity;
Travis M. Skar, in his personal capacity;
Glen G. Ternes, in his personal capacity;
Justin W. White, in his personal capacity;
Derek J. Arndt, in his personal capacity;
Kyle Kirchmeier, in his official capacity; and
Morton County, North Dakota,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No.  3:23-cv-00142

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**.  This action came before the Court on motion.  The issues have been considered and a decision rendered.

☐ **Stipulation**.  This action came before the court on motion of the parties.  The issues have been resolved.

☐ **Dismissal**.  This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P.  41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the Order dated April 3, 2024, the Defendants' Motions to Dismiss are GRANTED. The Amended Complaint is DISMISSED with prejudice. Because this Order dismisses the Amended Complaint with prejudice, the City and County Defendants' Motion to Strike is MOOT.

Date: April 3, 2024

KARI M. KNUDSON, CLERK OF COURT

by: */s/ Janelle Brunner, Deputy Clerk*